# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Nakei Jackson, DEFENDANT(S). | CASE NUMBER 17-MJ-0616-duty ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _3/28/2017_____, _____, at _2:00____ ☐ a.m. / ☒ p.m. before the Honorable _Duty Judge_____, in Courtroom _341, 3rd Floor, Roybal Bldg___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/21/17_

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                 Page 1 of 1