# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF v. Nakei Jackson, DEFENDANT(S). | CASE NUMBER 17-MJ-616 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __3/31__, __2017__, at __11:30__ ☑ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __341 - Roybal - Duty__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/29/17__

_____
U.S. ~~District Judge~~/Magistrate Judge